UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRYAN ZACK MASON,

    Plaintiff,

v.                                                                  CASE NO. 1:20-CV-03616-SDG

SONY PICTURES,
ENTERTAINMENT INC., SONY
PICTURES TELEVISION INC.,
NBCUNIVERSAL MEDIA, LLC,
AND ERIC E. KRIPKE dba
KRIPKE ENTERPRISES,

    Defendants.

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND MEMORANDUM IN SUPPORT**

    Defendants Sony Pictures Entertainment Inc., Sony Pictures Television Inc., NBCUniversal Media, LLC, and Eric E. Kripke d/b/a Kripke Enterprises("Kripke"), collectively referred to herein as "Defendants," by and through the undersigned counsel and pursuant to Federal Rules of Civil Procedure 6(b)(1)(A), respectfully request that the Court grant an extension of time through and including October 16, 2020, for the Defendants to answer or otherwise respond to Plaintiff Bryan Zack Mason's Complaint, without waiver of any defenses, and in support states as follows:

1.

On September 1, 2020, Plaintiff filed his Complaint against all Defendants (Dkt. No. 1).

2.

Defendants NBCUniversal Media, LLC and Kripke were served with the Complaint on or about September 4, 2020. Defendants Sony Pictures Entertainment Inc. and Sony Pictures Television Inc. were served with the Complaint on or about September 11, 2020.

3.

The deadline for Defendants NBCUniversal Media, LLC and Kripke to respond to the Complaint is therefore September 25, 2020. The deadline for Sony Pictures Entertainment Inc. and Sony Pictures Television Inc. to respond to the Complaint is October 1, 2020.

4.

The Defendants are still investigating the claims asserted against them and assessing their responses to the Complaint and respectfully seek an slight extension, through and including October 16, 2020, to respond to Plaintiff's Complaint so that they can complete their assessment and finalize appropriate responses.

5.

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants submit that good cause is shown for the requested short extension of time to respond to the Complaint.

6.

This request is not sought for the purpose of delay and no party will be prejudiced by the relief sought by this motion.

7.

Plaintiff consents to the relief requested in this motion.

8.

Respectfully submitted this 21st day of September, 2020.

**HOLLAND & KNIGHT LLP**

*/s/ Caroline Johnson Tanner*
Caroline Johnson Tanner
Georgia Bar No. 392580
One Regions Plaza, Suite 1800
1180 West Peachtree Street, N.W.
Atlanta, GA 30309-3407
(404) 817-8500
(404) 881-0470 (Fax)
caroline.tanner@hklaw.com

*Attorneys for Defendants Sony Pictures Entertainment Inc., Sony Pictures Television Inc., NBCUniversal Media, LLC, and Eric E. Kripke d/b/a Kripke Enterprises*

#78485891_v1

# CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of *CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND MEMORANDUM IN SUPPORT* has been filed via the Court's CM/ECF electronic service and served via the ECF system to all attorneys of record.

This 21st day of September, 2020.

        **HOLLAND & KNIGHT LLP**

        */s/ Caroline Johnson Tanner*
        Caroline Johnson Tanner
        Georgia Bar No. 392580